AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  0 5 - 6 8 0

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_1\_\_\_ COPIES OF AO FORM 85.

SEP 1 9 2005
(Date forms issued)

*(Signature of Party or their Representative)*

JOSEPH E BARTOK
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action