IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, <br> on his own behalf and as administrator <br> of the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> )    C.A. No. 05-680 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff John M. Constantini's First Set of Interrogatories with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    Maryanne T. Donaghy, Esq.
    Stradley Ronon Stevens & Young, LLP
    300 Delaware Avenue, Suite 800
    P.O. Box 2170
    Wilmington, DE 19899-2170

In addition, I certify that the document itself was served by hand delivery at the address shown.

                                      Respectfully submitted,

                                      MURPHY SPADARO & LANDON

                                      /s/ John S. Spadaro
                                      John S. Spadaro, No. 3155
                                      1011 Centre Road, Suite 210
                                      Wilmington, DE 19805
                                      (302) 472-8100

                                      Attorneys for plaintiff John M. Constantini,
                                      on his own behalf and as administrator of the estate
September 22, 2005                    of Cheryl A. Constantini

124236