## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, )<br>on his own behalf and as administrator )<br>of the estate of CHERYL A. CONSTANTINI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPTIMUM CHOICE, INC. )<br>)<br>Defendant. ) | C.A. No. 05-680 |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff John M. Constantini's First Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    Maryanne T. Donaghy, Esq.
    Stradley Ronon Stevens & Young, LLP
    300 Delaware Avenue, Suite 800
    P.O. Box 2170
    Wilmington, DE 19899-2170

In addition, I certify that the document itself was served by hand delivery at the address shown.

                                            Respectfully submitted,

                                            MURPHY SPADARO & LANDON

                                            /s/ John S. Spadaro
                                            John S. Spadaro, No. 3155
                                            1011 Centre Road, Suite 210
                                            Wilmington, DE 19805
                                            (302) 472-8100

                                            Attorneys for plaintiff John M. Constantini,
                                            on his own behalf and as administrator of the estate
September 22, 2005                       of Cheryl A. Constantini

124234