IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator of<br>the estate of CHERYL A. CONSTANTINI,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM CHOICE, INC.<br><br>Defendant. | Civil Action No. 05-680 |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for defendant, Optimum Choice, Inc., to move against, answer or otherwise respond to the Complaint is extended through and including, October 16, 2005.

_____
Maryanne T. Donaghy (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Ave., Suite 800
Wilmington, DE 19801
(302) 576-5850

Attorney for Defendant,
Optimum Choice, Inc.

_____
John S. Spadaro (#3155)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorney for Plaintiffs,
John M. Constantini, on his own behalf and
of the estate of Cheryl A. Constantini


_____
Frances Gauthier (#3390)
Stradley Ronon Stevens & Young, LLP
300 Delaware Ave., Suite 800
Wilmington, DE 19801
(302) 576-5850

Attorney for Defendant,
Optimum Choice, Inc.

SO ORDERED this _____ day of September, 2005.

_____
United States District Judge