# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI, | : : : : | Civil Action No. 05-680 (GMS) |
| Plaintiff, | : : | |
| v. | : : | |
| OPTIMUM CHOICE, INC. | : : | |
| Defendant. | : | |

## SUBSTITUTION AND WITHDRAWAL OF ATTORNEY
## PURSUANT TO D. DEL. LR 83.7

Pursuant to D. Del. LR 83.7, kindly withdraw the appearance of Frances Gauthier, Esquire of Stradley, Ronon, Stevens & Young, LLP, as counsel for Defendant, Optimum Choice, Inc., and substitute and enter my appearance instead.

Respectfully Submitted,

/s/ Maryanne Donaghy, Esq.
Maryanne Donaghy
Stradley Ronon Stevens & Young, LLP
300 Delaware Ave., Suite 800
Wilmington, DE 19801
(302) 576-5850
Superseding Attorney for Defendant,
Optimum Choice, Inc.

/s/ Frances Gauthier, Esq.
Frances Gauthier
Stradely Ronon Stevens & Young, LLP
300 Delaware Ave. Suite 800
Wilmington, DE 19801
(302) 576-5864

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the Substitution and Withdrawal of Attorney Pursuant to D. Del. LR 83.7 was electronically filed with the United States District Court for the District of Delaware via the Court's Electronic Case Filing (ECF) system and that this document is available thereon for viewing and downloading. I also hereby certify that by filing the aforementioned document electronically, it was served electronically upon all counsel of record this 11th day of October 2005.

/s/ Maryanne Donaghy, Esq
Maryanne Donaghy

Case 1:05-cv-00680-GMS    Document 5    Filed 10/11/2005    Page 3 of 3

# 409060 v. 1