IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator of<br>the estate of CHERYL A. CONSTANTINI, | : <br> : <br> : <br> : | Civil Action No. 05-680 (GMS) |
| Plaintiff, | : <br> : | |
| v. | : <br> : | |
| OPTIMUM CHOICE, INC. | : <br> : | |
| Defendant. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of William E. Mahoney, Jr., Esquire, is granted.

Date: _____, 2005    _____
　　　　　　　　　　　　　　　　　　United States District Judge

L 410434 v.1