**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator of<br>the estate of CHERYL A. CONSTANTINI, | : <br> : <br> : | Civil Action No. 05-680 (GMS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OPTIMUM CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***
**OF WILLIAM E. MAHONEY, JR., ESQUIRE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel respectfully moves

the admission *pro hac vice* of William E. Mahoney, Jr., Esquire, of Stradley Ronon Stevens &

Young, LLP, 2600 One Commerce Square, Philadelphia, PA  19103-7098, (215) 564-8000

(Phone), (215) 564-8120 (Fax), wmahoney@stradley.com, to represent Optimum Choice, Inc. in

this matter.

/S/ Maryanne T. Donaghy
Maryanne T. Donaghy, Esquire (I.D. #4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5861 (phone)

Attorney for Defendant,
Optimum Choice, Inc

Dated: November 11, 2005

L 410434 v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN M. CONSTANTINI,                          :    Civil Action No. 05-680 (GMS)
on his own behalf and as administrator of     :
the estate of CHERYL A. CONSTANTINI,          :
                                              :
                Plaintiff,                    :
                                              :
        v.                                    :
                                              :
OPTIMUM CHOICE, INC.,                         :
                                              :
                Defendant.                    :

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## OF WILLIAM E. MAHONEY, JR., ESQUIRE

Pursuant to Local Rule 83.5 and the attached Certification, counsel respectfully moves

the admission *pro hac vice* of William E. Mahoney, Jr., Esquire, of Stradley Ronon Stevens &

Young, LLP, 2600 One Commerce Square, Philadelphia, PA  19103-7098, (215) 564-8000

(Phone), (215) 564-8120 (Fax), wmahoney@stradley.com, to represent Optimum Choice, Inc. in

this matter.

/S/ Maryanne T. Donaghy
Maryanne T. Donaghy, Esquire (I.D. #4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5861 (phone)

Attorney for Defendant,
Optimum Choice, Inc

Dated: November 14, 2005

L 410434 v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN M. CONSTANTINI,                    :    Civil Action No. 05-680 (GMS)
on his own behalf and as administrator of    :
the estate of CHERYL A. CONSTANTINI,    :
                                         :
            Plaintiff,                   :
                                         :
    v.                                   :
                                         :
OPTIMUM CHOICE, INC.,                    :
                                         :
            Defendant.                   :
_____         :


## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted and practicing in good standing as a member of the bars of the

Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit, and

the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the

2

L 410434 v.1

annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid

previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this

motion.

William E. Mahoney, Jr., Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8059 (Telephone)
(215) 564-8120 (Fax)
wmahoney@stradley.com

Attorney for Defendant,
Optimum Choice, Inc.

Dated: _____, 2005

3

L 410434 v.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN M. CONSTANTINI,                          :      Civil Action No. 05-680 (GMS)
on his own behalf and as administrator of     :
the estate of CHERYL A. CONSTANTINI,          :
                                              :
          Plaintiff,                          :
                                              :
     v.                                       :
                                              :
OPTIMUM CHOICE, INC.,                         :
                                              :
          Defendant.                          :

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, I electronically filed the Motion and Order

for Admission *Pro Hac Vice* of William E. Mahoney, Jr., Esquire, and attached Certification of

Counsel, with the Clerk of the Court using CM/ECF, which will send notification of such

filing(s) to the following:

> John S. Spadaro (#3155)
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> (302) 472-8100
> Attorney for Plaintiffs,
> John M. Constantini, on his own behalf
> and as Administrator of the Estate of Cheryl A. Constantini

> /S/ Maryanne T. Donaghy
> Maryanne T. Donaghy (#4213)
> Stradley Ronon Stevens & Young, LLP
> 300 Delaware Ave., Suite 800
> Wilmington, DE 19801
> (302) 576-5850
>
> Attorney for Defendant,
> Optimum Choice, Inc.

L 410434 v.1