IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, <br> on his own behalf and as administrator of <br> the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC. <br><br> Defendant. | : Civil Action No. 05-680 (GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of William E. Mahoney, Jr., Esquire, is granted.


Date: _____, 2005    _____
                                  United States District Judge

L 410434 v.1