IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI, | : : : : | Civil Action No. 05-680 (GMS) |
| Plaintiff, | : : | |
| v. | : : | |
| OPTIMUM CHOICE, INC., | : : | |
| Defendant. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Kimberly A. Hendrix, Esquire, is granted.

Date: _____, 2005     _____
                                  United States District Judge

L 411095 v.1