# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, )<br>on his own behalf and as administrator )<br>of the estate of CHERYL A. CONSTANTINI, )<br>       ) <br>       Plaintiff,   )<br>       )<br>   v.    )<br>       )<br>OPTIMUM CHOICE, INC.    )<br>       )<br>       Defendant.   ) | C.A. No. 05-680GMS |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff John M. Constantini's First Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Maryanne T. Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170

In addition, I certify that the document itself was served by hand delivery at the address shown.[1]

---

[1] The subject document requests were first served on defendant Optimum Choice, Inc. ("OCI") on September 22, 2005. Unfortunately, Mr. Constantini was unable to secure OCI's agreement, under Fed. R. Civ. P. 26(d), to allow the discovery to go forward prior to the parties' conference under Rule 26(f). Now that the Rule 26(f) conference has been held, Mr. Constantini serves these document requests anew.

124234

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MURPHY SPADARO & LANDON |
|  | /s/ John S. Spadaro<br>John S. Spadaro, No. 3155<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8100 |
| November 30, 2005 | Attorneys for plaintiff John M. Constantini,<br>on his own behalf and as administrator of the estate<br>of Cheryl A. Constantini |

124232

2