# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

302.472.8101
jspadaro@msllaw.com

December 13, 2005

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

      RE: **Constantini v. Optimum Choice, Inc.**
           **C.A. No. 05-680GMS**

Dear Judge Sleet:

    Consistent with the Court's instructions at the December 6, 2005 teleconference, the parties have agreed to a form of Scheduling Order. The agreed Scheduling Order is enclosed for the Court's review and approval.

    I am available to address any questions regarding this matter.

                          Respectfully,

                          /s/ John S. Spadaro

                          John S. Spadaro

JSS/slr
Encl.
cc: Maryanne T. Donaghy, Esq. (by electronic filing)

126632

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC. <br><br> Defendant. | ) ) ) ) ) C.A. No. 05-680GMS ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Maryanne T. Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170

        Respectfully submitted,

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro, No. 3155
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

        Attorneys for plaintiff John M. Constantini,
        on his own behalf and as administrator of the estate
December 13, 2005         of Cheryl A. Constantini

126649