## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN M. CONSTANTINI, on his own behalf   : 
and as administrator of the estate of CHERYL   :   CASE NO.  05-680 (GMS)
A. CONSTANTINI,   :
  :
       Plaintiff,   :
  :
  vs.   :
  :
OPTIMUM CHOICE, INC.   :
  :
       Defendant.   :

### NOTICE OF SERVICE OF DISCLOSURES OF DEFENDANT,

### OPTIMUM CHOICE, INC. PURSUANT TO FED.R.CIV.P.26(a)(1)

Defendant, Optimum Choice, Inc. (hereafter "Optimum"), through its undersigned counsel, files this Notice of Service pursuant to D.Del.LR 5.4(a) and certifies that a copy of Optimum's Disclosures Pursuant to Fed.R.Civ.P.26(a)(1) was served via first class U.S. Mail upon counsel for Plaintiff, John Constantini, on December 20, 2005 as follows:

> John S. Spadaro
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805

By: _____
    STRADLEY, RONON, STEVENS & YOUNG, LLP

Maryanne T. Donaghy
Delaware Bar ID No. 4213
STRADLEY, RONON, STEVENS
& YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5850
(302) 576-5858 Fax

and

L 418604v.1

William E. Mahoney, Jr., Esquire (pro hac vice)
Kimberly Hendrix, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Defendant,
Optimum Choice, Inc.

2

## CERTIFICATE OF SERVICE

I, Maryanne T. Donaghy, Esquire, do hereby certify that on December 20, 2005, I

caused a copy of the Notice of Service of Optimum Choice, Inc.'s Disclosures to be served via

first class U.S. Mail upon the following:


John S. Spadaro
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Attorneys for Plaintiff
John M. Constantini


_____
Maryanne T. Donaghy

L 418604v.1