IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OPTIMUM CHOICE, INC.<br><br>　　　　　Defendant. | CASE NO. 05-680 (GMS) |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D.Del.LR 5.4(a) and certifies that copies of the following: (i) Answers and Objections of Defendant Optimum Choice, Inc. to Plaintiff's first Set of Interrogatories; and (ii) Responses of Defendant Optimum Choice, Inc. to Plaintiff's Requests for Production of Documents were served via Federal Express overnight mail upon counsel for Plaintiff, John Constantini, on January 9, 2006 at the following location:

　　　　　John S. Spadaro
　　　　　Murphy Spadaro & Landon
　　　　　1011 Centre Road, Suite 210
　　　　　Wilmington, Delaware 19805

　　　　　By: /s/ [signature]
　　　　　　　STRADLEY, RONON, STEVENS & YOUNG, LLP

　　　　　Maryanne T. Donaghy
　　　　　Delaware Bar ID No. 4213
　　　　　STRADLEY, RONON, STEVENS
　　　　　& YOUNG, LLP
　　　　　300 Delaware Avenue, Suite 800
　　　　　Wilmington, DE 19801
　　　　　(302) 576-5850
　　　　　(302) 576-5858 Fax

L 421099v.1

and

William E. Mahoney, Jr., Esquire (pro hac vice)
Kimberly Hendrix, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Defendant,
Optimum Choice, Inc.

L 421099v.1

## **CERTIFICATE OF SERVICE**

    I, Maryanne T. Donaghy, Esquire, do hereby certify that on January 9, 2006, I caused a copy of the Notice of Service of: (i) Answers and Objections of Defendant Optimum Choice, Inc. to Plaintiff's first Set of Interrogatories; and (ii) Responses of Defendant Optimum Choice, Inc. to Plaintiff's Requests for Production of Documents to be served via electronic mail upon the following:

    John S. Spadaro
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, Delaware 19805

    Attorney for Plaintiff
    John M. Constantini

    */s/ Maryanne T. Donaghy*
    Maryanne T. Donaghy

L 421099v.1