# Murphy Spadaro & Landon

### ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

May 31, 2006

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

      **RE:  Constantini v. Optimum Choice, Inc.**
           **C.A. No. 05-680GMS**

Dear Judge Sleet:

     In anticipation of the discovery teleconference scheduled for June 2, 2006 at 9:15 a.m., the parties jointly submit the following items to be presented to the Court:

- Defendant Optimum Choice, Inc.'s response to Mr. Constantini's Interrogatory No. 2.

- Defendant Optimum Choice, Inc.'s response to Mr. Constantini's Document Request No. 5.

                                 Respectfully,

                                 /s/ John S. Spadaro

                                 John S. Spadaro

JSS/slr
cc: William E. Mahoney, Jr., Esq. (by electronic filing)

131995

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator<br>of the estate of CHERYL A. CONSTANTINI, | )<br>)<br>) |
| | )     C.A. No. 05-680GMS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OPTIMUM CHOICE, INC. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

William E. Mahoney, Jr., Esq.
Maryanne T. Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue. Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiff John M. Constantini,
on his own behalf and as administrator of the estate
May 31, 2006                                    of Cheryl A. Constantini

132105