IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, <br> on his own behalf and as administrator of <br> the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC., <br><br> Defendant. | : Civil Action No. 05-680 (GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that copies of the following were served via hand delivery on June 1, 2006 by William Mahoney, Esq., counsel for defendant Optimum Choice, Inc. upon John S. Spadaro, Esq., counsel for plaintiff John Constantini:

(i) Defendant's Interrogatories Addressed to Plaintiff;

(ii) Defendant's Requests for Production Addressed to Plaintiff;

(iii) Additional documents, bates labeled D001951-D002187, in further response to OCI's Response to Plaintiff's Requests for Production;

(iv) Documents, bates labeled Whitney-CGO-001 – Whitney-CGO-110, produced pursuant to subpoena by Dr. Charles Whitney of Christiana Gynecologic Oncology, LLC;

(v) Documents, bates labeled DeMeo-FSWC-001 – DeMeo-FSWC-101, produced pursuant to subpoena by Dr. Gregory DeMeo of First State Women's Care;

# 475759 v.1

(vi) Documents, bates labeled CVNA-001 – CVNA-123, produced pursuant to subpoena by the Christiana Care Visiting Nurse Association.

Documents, bates labeled D002188-D002403, in further response to OCI's Response to Plaintiff's Requests for Production, were served on June 1, 2006 via Federal Express overnight mail upon counsel for plaintiff John Constantini at the following location:

>John S. Spadaro, Esq.
>Murphy Spadaro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

>/s/ Maryanne T. Donaghy, Esquire
>Maryanne T. Donaghy, Esquire (#4213)
>Stradley Ronon Stevens & Young, LLP
>300 Delaware Avenue, Suite 800
>Wilmington, DE 19801
>(302) 576-5861
>
>William E. Mahoney, Jr., Esquire (pro hac vice)
>Kimberly Hendrix, Esquire (pro hac vice)
>Stradley Ronon Stevens & Young, LLP
>2600 One Commerce Square
>Philadelphia, PA 19103-7098
>(302) 564-8000
>
>Attorneys for Defendant,
>Optimum Choice, Inc.

Dated: June 1, 2006

# 475759 v. 1

**CERTIFICATE OF SERVICE**

I, Maryanne T. Donaghy, Esquire, do hereby certify that on June 1, 2006, I caused a copy of the foregoing Notice of Service of: (i) Defendant's Interrogatories Addressed to Plaintiff; (ii) Defendant's Requests for Production Addressed to Plaintiff; (iii) Additional documents, bates labeled D001951-D002187, in further response to OCI's Response to Plaintiff's Requests for Production; (iv) Documents, bates labeled Whitney-CGO-001 – Whitney-CGO-110, produced pursuant to subpoena by Dr. Charles Whitney of Christiana Gynecologic Oncology, LLC; (v) Documents, bates labeled DeMeo-FSWC-001 – DeMeo-FSWC-101, produced pursuant to subpoena by Dr. Gregory DeMeo of First State Women's Care; (vi) Documents, bates labeled CVNA-001 – CVNA-123, produced pursuant to subpoena by the Christiana Care Visiting Nurse Association; and (vii) Documents, bates labeled D002188-D002403, in further response to OCI's Response to Plaintiff's Requests for Production to be served via electronic mail upon the following:

> John S. Spadaro
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
>
> Attorney for Plaintiff,
> John M. Constantini

> /s/Maryanne T. Donaghy, Esquire
> Maryanne T. Donaghy, Esquire (#4213)
> Stradley Ronon Stevens & Young, LLP
> 300 Delaware Avenue, Suite 800
> Wilmington, DE 19801
> (302) 576-5861

# 475759 v.1