IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. CONSTANTINI, | : | Civil Action No. 05-680 (GMS) |
| on his own behalf and as administrator of | : | |
| the estate of CHERYL A. CONSTANTINI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OPTIMUM CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that copies of the following were served June 8, 2006, via First Class mail upon counsel for plaintiff John Constantini at the following location:

    John S. Spadaro, Esq.
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

(i) Documents, bates labeled Caniglio 001 – Caniglio 133, produced pursuant to subpoena by Diane Caniglio, M.D. of Christiana Care;

(ii) Additional documents, bates labeled D002404-D002421, in further response to OCI's Response to Plaintiff's Requests for Production

/s/ Maryanne T. Donaghy, Esquire
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 576-5861

William E. Mahoney, Jr., Esquire (pro hac vice)
Kimberly Hendrix, Esquire (pro hac vice)
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(302) 564-8000

Attorneys for Defendant,
Optimum Choice, Inc.

Dated: June 9, 2006

# 475759 v.1

## CERTIFICATE OF SERVICE

I, Maryanne T. Donaghy, Esquire, do hereby certify that on June 8, 2006, I caused a copy of the foregoing Notice of Service of:

(i) Documents, bates labeled Caniglio 001 – Caniglio 133, produced pursuant to subpoena by Diane Caniglio, M.D. of Christiana Care;

(ii) Additional documents, bates labeled D002404-D002421, in further response to OCI's Response to Plaintiff's Requests for Production,

to be served via electronic mail upon the following:

> John S. Spadaro
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
>
> Attorney for Plaintiff,
> John M. Constantini

> /s/Maryanne T. Donaghy, Esquire
> Maryanne T. Donaghy, Esquire (#4213)
> Stradley Ronon Stevens & Young, LLP
> 300 Delaware Avenue, Suite 800
> Wilmington, DE  19801
> (302) 576-5861

# 475759 v. 1