## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. CONSTANTINI, | : | Civil Action No. 05-680 (GMS) |
| on his own behalf and as administrator of | : | |
| the estate of CHERYL A. CONSTANTINI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OPTIMUM CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that copies of the following were served June 12, 2006, via First Class mail upon counsel for plaintiff John Constantini at the following location:

> John S. Spadaro, Esq.
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

(i) Documents, bates labeled Shalaby 001-Shalaby 027, produced pursuant to subpoena addressed to Waleed Shalaby, M.D., Sharic Hammond, M.D., and Danielle Castagnola, M.D., all of Christiana Care Gyneologic Oncology.

Defendant, Optimum Choice, Inc., through its undersigned counsel, certifies that copies of the following subpoenas were served May 16, 2006, via First Class mail upon counsel for plaintiff John Constantini:

# 475759 v. 1

(i)      Waleed Shalaby, MD, Sharice Hammond, MD, Danielle Castagnola, MD of Christiana Care Gynecologic Oncology Medical Arts Pavilion 2, Suite 2103, 4735 Ogletown Stanton Road, Newark, DE 19713

(ii)     Charles Whitney, MD of Christiana GYN Oncology, Medical Arts Pavilion II, Suite 2103, 4923 Ogletown Stanton Road, Newark, DE 19713

(iii)    Gregory DeMeo, MD of Ostrum & Wisniewski, MDs, P.A., Suite 106, 4745 Ogletown Stanton Road, Newark, DE 19713

(iv)    Christiana Care Visiting Nurse Ass'n, 600 North Dupont Highway, Suite 203, Georgetown, DE 19947

(v)     Diane Caniglio, MD of Christiana Care, 3301 Lancaster Pike, Wilmington, DE 19805-1436

Defendant, Optimum Choice, Inc., through its undersigned counsel, certifies that copies of the following subpoenas were served June 8, 2006, via First Class mail upon counsel for plaintiff John Constantini:

(i)     Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, NY 10021

(ii)     Guido J. Tricot, MD, Ph.D, Myeloma Institute for Research and Therapy, 4301 West Markham Street, Slot 776, Little Rock, AR 72205

(iii)    Director of Records, The University Hospital of Arkansas, 4301 West Markham Street, Little Rock, AR 72203

/s/ Maryanne T. Donaghy, Esquire
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5861

William E. Mahoney, Jr., Esquire (pro hac vice)
Kimberly Hendrix, Esquire (pro hac vice)
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(302) 564-8000

Attorneys for Defendant,
Optimum Choice, Inc.

Dated: June 12, 2006

# 475759 v. 1

## <u>CERTIFICATE OF SERVICE</u>

I, Maryanne T. Donaghy, Esquire, do hereby certify that on June 12, 2006, I

caused a copy of the foregoing Notice of Service of:

(i)   Documents, bates labeled Shalaby 001-Shalaby 027, produced pursuant to subpoena addressed to Waleed Shalaby, M.D., Sharic Hammond, M.D., and Danielle castagnola, M.D., all of Christiana Care Gyneologic Oncology.

(ii)   Waleed Shalaby, MD, Sharice Hammond, MD, Danielle Castagnola, MD of Christiana Care Gynecologic Oncology Medical Arts Pavilion 2, Suite 2103, 4735 Ogletown Stanton Road, Newark, DE 19713

(iii)   Charles Whitney, MD of Christiana GYN Oncology, Medical Arts Pavilion II, Suite 2103, 4923 Ogletown Stanton Road, Newark, DE 19713

(iv)   Gregory DeMeo, MD of Ostrum & Wisniewski, MDs, P.A., Suite 106, 4745 Ogletown Stanton Road, Newark, DE 19713

(v)   Christiana Care Visiting Nurse Ass'n, 600 North Dupont Highway, Suite 203, Georgetown, DE 19947

(vi)   Diane Caniglio, MD of Christiana Care, 3301 Lancaster Pike, Wilmington, DE 19805-1436

(vii)   Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, NY 10021

(vii)   Guido J. Tricot, MD, Ph.D, Myeloma Institute for Research and Therapy, 4301 West Markham Street, Slot 776, Little Rock, AR 72205

(ix)   Director of Records, The University Hospital of Arkansas, 4301 West Markham Street, Little Rock, AR 72203

to be served via electronic mail upon the following:

John S. Spadaro
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Attorney for Plaintiff,
John M. Constantini

/s/Maryanne T. Donaghy, Esquire
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5861

# 475759 v. 1