IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator of<br>the estate of CHERYL A. CONSTANTINI,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM CHOICE, INC.,<br><br>Defendant. | :  Civil Action No. 05-680 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that copies of the following: (i) Second Set of Requests for Production Addressed to Plaintiff were served June 16, 2006, via First Class mail upon counsel for plaintiff John Constantini at the following location:

    John S. Spadaro, Esq.
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

    /s/ Maryanne T. Donaghy, Esquire
    Maryanne T. Donaghy, Esquire (#4213)
    Stradley Ronon Stevens & Young, LLP
    300 Delaware Avenue, Suite 800
    Wilmington, DE  19801
    (302) 576-5861

    William E. Mahoney, Jr., Esquire (pro hac vice)
    Kimberly Hendrix, Esquire (pro hac vice)
    Stradley Ronon Stevens & Young, LLP
    2600 One Commerce Square
    Philadelphia, PA 19103-7098
    (302) 564-8000
    Attorneys for Defendant,
    Optimum Choice, Inc.

Dated: June 16, 2006

# 475759 v. 1

## CERTIFICATE OF SERVICE

I, Maryanne T. Donaghy, Esquire, do hereby certify that on June 16, 2006, I caused a copy of the foregoing Notice of Service of: (i) Second Set of Requests for Production Addressed to Plaintiff to be served via electronic mail upon the following:

John S. Spadaro
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Attorney for Plaintiff,
John M. Constantini

/s/Maryanne T. Donaghy, Esquire
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5861

# 475759 v.1