IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI, : : : : Plaintiff, : : v. : : OPTIMUM CHOICE, INC., : : Defendant. : | Civil Action No. 05-680 (GMS) |

## NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that a copy of a subpoena directed to Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, NY 10021 was served July 5, 2006, via First Class mail upon counsel for plaintiff John Constantini: at the following location:

        John S. Spadaro, Esq.
        Murphy Spadaro & Landon
        1011 Centre Road, Suite 210
        Wilmington, DE 19805

        /s/ Maryanne T. Donaghy, Esquire
        Maryanne T. Donaghy, Esquire (#4213)
        Stradley Ronon Stevens & Young, LLP
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801
        (302) 576-5861

and

                    William E. Mahoney, Jr., Esquire (pro hac vice)
                    Kimberly Hendrix, Esquire (pro hac vice)
                    Stradley Ronon Stevens & Young, LLP
                    2600 One Commerce Square
                    Philadelphia, PA 19103-7098
                    (302) 564-8000

                    Attorneys for Defendant,
                    Optimum Choice, Inc.

Dated: July 10, 2006

# 521127 v. 1