## CERTIFICATE OF SERVICE

I, Maryanne T. Donaghy, Esquire, do hereby certify that on July 10, 2006, I caused a copy of the foregoing Notice of Service of Subpoena directed to Memorial Sloan Memorial Sloan-Kettering Cancer Center, 1275 York Avenue, New York, NY 10021 to be served via electronic mail upon the following:

> John S. Spadaro
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
>
> Attorney for Plaintiff,
> John M. Constantini

> /s/Maryanne T. Donaghy, Esquire
> Maryanne T. Donaghy, Esquire (#4213)
> Stradley Ronon Stevens & Young, LLP
> 300 Delaware Avenue, Suite 800
> Wilmington, DE 19801
> (302) 576-5861

# 521127 v. 1