# 524317 v. 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator of<br>the estate of CHERYL A. CONSTANTINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPTIMUM CHOICE, INC.,<br><br>　　　　Defendant. | :<br>:   Civil Action No. 05-680 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

Defendant, Optimum Choice, Inc., through its undersigned counsel, files this Notice of Service pursuant to D. Del. LR 5.4(a) and certifies that copies of subpoenas directed to:

1) Guido J. Tricot, MD, Ph.D.
   Myeloma Institute for Research and Therapy
   4301 West Markham Street, Slot 776,
   Little Rock, AR 72205

2) Representative of The University Hospital of Arkansas
   4301 West Markham Street
   Little Rock, AR 72203

were served July 20, 2006 via electronic mail upon counsel for plaintiff John Constantini at the following location:

John S. Spadaro, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
jspadaro@msllaw.com

/s/ Maryanne T. Donaghy, Esquire_____
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5861

                and

William E. Mahoney, Jr., Esquire (pro hac vice)
Kimberly Hendrix, Esquire (pro hac vice)
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(302) 564-8000

Attorneys for Defendant,
Optimum Choice, Inc.

Dated: July 21, 2006

**CERTIFICATE OF SERVICE**

I, Maryanne T. Donaghy, Esquire, do hereby certify that on July 21, 2006, I caused a copy of the foregoing Notice of Service of Subpoena directed to:

1) Guido J. Tricot, MD, Ph.D.
   Myeloma Institute for Research and Therapy
   4301 West Markham Street, Slot 776,
   Little Rock, AR  72205

2) Representative of The University Hospital of Arkansas
   4301 West Markham Street
   Little Rock, AR  72203

to be served via electronic mail upon the following:

John S. Spadaro
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
jspadaro@msllaw.com

Attorney for Plaintiff,
John M. Constantini

/s/Maryanne T. Donaghy, Esquire_____
Maryanne T. Donaghy, Esquire (#4213)
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5861

# 524317  v. 2