IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, <br> on his own behalf and as administrator <br> of the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> )  C.A. No. 05-680GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff John M. Constantini's Answers to Defendant Optimum Choice, Inc.'s Interrogatories, First Set of Requests for Production of Documents and Second Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

William E. Mahoney, Jr., Esq.
Maryanne T. Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiff John M. Constantini,
on his own behalf and as administrator of the estate
of Cheryl A. Constantini

July 31, 2006

133717