IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI, on his own behalf and as administrator of the estate of CHERYL A. CONSTANTINI, <br><br> Plaintiff, <br><br> v. <br><br> OPTIMUM CHOICE, INC. <br><br> Defendant. | C.A. No. 05-680GMS |

## STIPULATION AND ORDER

Plaintiff John M. Constantini and defendant Optimum Choice, Inc. stipulate and agree as follows:

1. In order to permit the parties an opportunity to pursue (without prejudice) a settlement mediation process during the months of August and September 2006, the September 8, 2006 deadline for case dispositive motions under the Court's December 15, 2005 Scheduling Order shall be extended, to and including September 29, 2006.

2. Under the Court's Scheduling Order, trial in this matter is scheduled for January 8, 2007. No prior request for an extension of the deadline in question has ever been made.

133956

| | |
|---|---|
| MURPHY SPADARO & LANDON | STRADLEY RONON STEVENS & YOUNG, LLP |
| */s/ John S. Spadaro* | */s/ Maryanne T. Donaghy* |
| John S. Spadaro, No. 3155<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8100 | Maryanne T. Donaghy, Esq., No. 4213<br>300 Delaware Avenue, Suite 800<br>P.O. Box 2170<br>Wilmington, DE 19899-2170<br>(302)576-5850 |
| Attorneys for plaintiff John M. Constantini, on his own behalf and as administrator of the estate of Cheryl A. Constantini | Attorneys for defendant Optimum Choice, Inc. |

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet, U.S.D.J.