IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator<br>of the estate of CHERYL A. CONSTANTINI,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM CHOICE, INC.<br><br>Defendant. | )<br>)<br>)<br>)    C.A. No. 05-680GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed Plaintiff John M. Constantini's Disclosure of Expert Testimony with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    William E. Mahoney, Jr., Esq.
    Maryanne T. Donaghy, Esq.
    Stradley Ronon Stevens & Young, LLP
    300 Delaware Avenue, Suite 800
    P.O. Box 2170
    Wilmington, DE 19899-2170

    Respectfully submitted,

    MURPHY SPADARO & LANDON

    /s/ John S. Spadaro
    John S. Spadaro, No. 3155
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    (302)472-8100

    Attorneys for plaintiff John M. Constantini,
    on his own behalf and as administrator of the estate
August 28, 2006    of Cheryl A. Constantini

134568