# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

September 18, 2006

**BY ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

    RE: **Constantini v. Optimum Choice, Inc.**
        **C.A. No. 05-680GMS**

Dear Judge Sleet:

    Consistent with instructions we received from Magistrate Judge Thynge, I write on behalf of both parties to confirm that we have reached an agreement to settle this case. Settlement papers are being prepared, and a stipulation of dismissal should be filed in due course.

    I am available to address any questions regarding these developments.

                              Respectfully,

                              /s/ John S. Spadaro

                              John S. Spadaro

JSS/slr
cc: The Hon. Mary Pat Thynge (by mail)
     William E. Mahoney, Jr., Esq. (by electronic filing)

135169

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. CONSTANTINI,<br>on his own behalf and as administrator<br>of the estate of CHERYL A. CONSTANTINI,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM CHOICE, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 05-680GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

William E. Mahoney, Jr., Esq.
Maryanne T. Donaghy, Esq.
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170

        Respectfully submitted,

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro, No. 3155
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

September 18, 2006
        Attorneys for plaintiff John M. Constantini,
        on his own behalf and as administrator of the estate
        of Cheryl A. Constantini

135219